UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Ricardo Ramirez
Petitioner

v.

CA:08-205S

Asbell T. Wall, Director
of RI Department of Corrections
Respondent

**O R D E R**

The Attorney General is hereby ordered to file its response to the Petitioner's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before **June 17, 2008.**

BY ORDER

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
United States District Judge

DATE: 5/29/08