UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

RICARDO RAMIREZ,
    Petitioner,

v.                                CA 08-205S

ASHBEL T. WALL, Director of
the Rhode Island Department
of Corrections,
    Respondent.

### ORDER

Petitioner Ramirez filed this Application for Habeas Corpus under 28 U.S.C. §2254 (Document #1) on May 28, 2008. On June 12, 2008 the State of Rhode Island filed a Motion to Dismiss the Petition (Document #3). The matter was referred to Magistrate Judge David L. Martin for Report & Recommendation on June 26, 2009. Magistrate Judge Martin issued his Report & Recommendation on the pending Petition and Motion to Dismiss on March 20, 2009 recommending that the State's Motion to Dismiss be GRANTED and that Petitioner's Petition be DISMISSED. No objections having been filed, the Court hereby accepts the Report & Recommendation dated March 20, 2009 in full and the matter is hereby DISMISSED.

Further, Petitioner's Motion to Hold the Petition in Abeyance is DENIED.

By Order:

*[signature]*
Deputy Clerk

ENTER:

*[signature]*
United States District Judge
William E. Smith
Date: 6/19/09